**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Nordstrom Consulting, Inc. and<br>Innova Systems, Inc., | )<br>)<br>) | |
| Plaintiffs, | )<br>) | |
| | ) | Civil Action No. 06 C 3234 |
| v. | )<br>) | The Honorable John W. Darrah |
| M & S Technologies, Inc., J. Anthony and<br>Associates, Inc., Mr. Joseph Marino, and<br>Mr. Kevin Butler, | )<br>)<br>) | Magistrate Judge Martin C. Ashman |
| Defendants. | )<br>)<br>) | |
| M&S Technologies, Inc. and J. Anthony<br>and Associates, Inc., | )<br>)<br>) | |
| Counter-Plaintiffs, | )<br>) | |
| v. | )<br>)<br>) | |
| Nordstrom Consulting, Inc.,<br>Innova Systems, Inc., and Mr. Steven<br>Bruce Nordstrom, | )<br>)<br>)<br>) | |
| Counter-Defendants. | )<br>) | |

**PLAINTIFFS' MOTION FOR SANCTIONS**

The Plaintiffs move this Court for sanctions based upon the frivolous Motions to Dismiss filed by Defendants Marino and Butler on July 12, 2006. Both of the Motions were denied by this Court in a Memorandum and Order dated October 12, 2006.

Furthermore, the Plaintiffs, prior to filing their responsive memorandums, submitted a detailed letter dated July 25, 2006 (Exhibit A to attached Memorandum in Support) to the Defendants' counsel, wherein the letter:

1

- identified that the Motions were unsupported in fact or law;

- provided an identification and analysis of 7th Circuit precedent supporting same;

- requested Defendants to voluntarily dismiss the Motions; and

- stated that Plaintiffs would seek sanctions if they were forced to defend against such frivolous motions.

Notwithstanding the detailed analysis of the current case law and application of same to the facts of the present case, Defendants Butler and Marino elected to ignore the Plaintiffs' warnings and 7th Circuit precedent and continued to pursue their baseless Motions to Dismiss.

Accordingly, the Plaintiffs move this Court to:

a) Grant this Motion for Sanctions against Defendants Butler and Marino; and,

b) Order the Defendants Butler and Marino to pay the Plaintiffs' costs and fees associated with responding to the frivolous Motions, as well as all of their costs and fees associated with the bringing of the present Motion for Sanctions.

A Memorandum in Support of this Motion is attached hereto.

Dated: December 15, 2006

Respectfully Submitted,

FACTOR & LAKE, LTD.

By: s/jody l. factor
Jody L. Factor (IL Bar No. 6198261)
Edward L. Bishop (IL Bar No. 6224483)
Patrick J. Smith (IL Bar No. 6284418)
FACTOR & LAKE, LTD.
1327 W. Washington Blvd., Suite 5G/H
Chicago, Illinois 60607
Telephone: (312) 226-1818
Telecopier: (312) 226-1919

*ATTORNEYS FOR PLAINTIFFS-
COUNTERCLAIM DEFENDANTS*

## CERTIFICATE OF SERVICE

I, Jody L. Factor, hereby certify on this 15th day of December 2006, a true and correct copy of the foregoing document, entitled **PLAINTIFFS' MOTION FOR SANCTIONS,** with the Court using the CM/ECF system which will send notification of such filing to the following:

> Mr. Mark W. Hetzler (IL Bar No. 6217209)
> Mr. Edward E. Clair (IL Bar No. 6269539)
> FITCH, EVEN, TABIN & FLANNERY
> 120 S. LaSalle Street, Suite 1600
> Chicago, Illinois 60603
> E-mail:  mwhetz@fitcheven.com
> E-mail: eclair@fitcheven.com

I further certify that I have served, via facsimile and First Class Mail, the foregoing document to the following non-CM/ECF participant:

> Ms. Jude Fry, Esq.
> FAY SHARPE FAGAN MINNICH & MCKEE LLP
> 1110 Superior Ave, 7th Floor
> Cleveland, Ohio 44114
> Facsimile:  (216) 241-1666

> By:   s/  Jody L. Factor
> Jody L. Factor (IL Bar No. 6198261)
> FACTOR & LAKE, LTD.
> 1327 W. Washington Blvd., Suite 5G/H
> Chicago, IL 60607
> Telephone:  (312) 226-1818
> Facsimile:   (312) 226-1919
> jfactor@factor-lake.com