## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing **DEFENDANTS/COUNTER-PLAINTIFFS' MOTION FOR SANCTIONS** was filed on **November 1, 2007** with the Clerk of the Court under seal and sent via first class mail to the following:

>Jody L. Factor
>Edward L. Bishop
>Patrick J. Smith
>FACTOR & LAKE, LTD
>1327 W. Washington Blvd.
>Suite 5G/H
>Chicago, IL 60607

>  s/Edward E. Clair
>Edward E. Clair
>FITCH, EVEN, TABIN & FLANNERY
>120 South LaSalle Street
>Suite 1600
>Chicago, Illinois 60603
>Telephone:  (312) 577-7000
>Facsimile:   (312) 577-7007